JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTONIO FERNANDEZ,<br>     Plaintiff,<br><br>          v.<br><br>ALPHA BETA COMPANY,<br>     Defendant. | CV 20-2861 DSF (PVCx)<br><br>JUDGMENT |

The Court having granted Defendant Alpha Beta Company's motion for summary judgment on Plaintiff Antonio Fernandez's complaint,

IT IS ORDERED AND ADJUDGED that Fernandez take nothing, that his Unruh Civil Rights Act claim be dismissed without prejudice to filing in state court, and that Defendant may recover costs pursuant to a bill of costs.

IT IS SO ORDERED.

Date: August 24, 2021

_____
Dale S. Fischer
United States District Judge